UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE SEMWAL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Case No. 8:24-cv-272-KK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which defendant has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits, and remanding this action for further administrative proceedings consistent with the Report.

Dated: September 13, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE